# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BELMONT PARTNERS, LLC,<br>       *Plaintiff,*<br><br>    v.<br><br>MINA MAR GROUP, INC., and<br>MIRO ZECEVIC,<br>       *Defendants.* | CASE NO. 3:10-mc-00005<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This matter is before the Court on Plaintiff's Motion to Confirm Arbitration Award (docket no. 1) and Motion for Sanctions (docket no. 31), and on Defendants' Motion to Suspend Arbitration Award and Compel Stock Transfer (docket no. 7), Motion to Vacate the Arbitration Award (docket no. 19), and request for sanctions contained within its Response in Opposition to Motion for Sanctions (docket no. 32).

  For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion to Confirm Arbitration Award is hereby GRANTED. Plaintiff's Motion for Sanctions and Defendants' Motion to Suspend Arbitration Award and Compel Stock Transfer, Motion to Vacate the Arbitration Award, and request for sanctions are hereby DENIED. Defendants are ordered to comply with the terms and conditions of the Arbitration Award.

  It is so ORDERED.

  The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this \_\_1st\_\_ day of October, 2010.

                                                    NORMAN K. MOON
                                                    UNITED STATES DISTRICT JUDGE